```
DANIEL BRODERICK, Bar #89424
Acting Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
STANLEY GORDON RAMSEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-079 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| STANLEY GORDON RAMSEY, | ) | |
| | ) | |
| | ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) | |
| | ) | |

This matter came before the Court for a Status Conference on March 21, 2006, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government was represented by its counsel, Assistant United States Attorney Jason Hitt, defendant Stanley Gordon Ramsey was present, represented by Assistant Federal Defender Mary M. French, on behalf of Chief Assistant Federal Defender Linda Harter.

Defense counsel requested that the matter be set for a status conference on April 11, 2006 @ 9:30a.m.

The parties agreed on the need for additional time to allow time

1  defense preparation.
2      IT IS ORDERED that this matter be continued to April 11, 2006 at
3  9:30 a.m. for a Status Conference.
4      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)
5  (iv) and 18 U.S.C. §3161(h)(8)(A) the period from March 21, 2006, to
6  and including Apirl 11, 2006, is excluded from the time computations
7  required by the Speedy Trial Act due to ongoing preparation of counsel.
8  DATED: March 23, 2006

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Senior, United States District Judge

Proposed order/Ramsey/06-079 LKK

2