1  DANIEL BRODERICK, Bar #89424
   Acting Federal Defender
2  LINDA HARTER, Bar # 179741
   Chief Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   STANLEY GORDON RAMSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-06-079 LKK |
| Plaintiff, | |
| v. | ORDER FOLLOWING HEARING |
| STANLEY GORDON RAMSEY, | |
| Defendant. | Judge: Hon. Lawrence K. Karlton |

This matter came before the Court for Status Conference on April 11, 2006, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government was represented by its counsel, Assistant United States Attorney Jason Hitt. Defendant Stanley Gordon Ramsey was present, represented by Assistant Federal Defender Caro Marks, appearing on behalf of Chief Assistant Federal Defender Linda Harter.

Defense counsel requested additional time to obtain a fingerprint report and the matter be set for a status conference on April 25, 2006 @ 9:30a.m.

1    The parties agreed on the need for additional time to allow time
2 defense preparation.
3    IT IS ORDERED that this matter be continued to April 25, 2006 at
4 9:30 a.m. for a Status Conference.
5    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)
6 (iv) and Local Code T4, the period from April 11, 2006 to and including
7 April 25, 2006 is excluded from the time computations required by the
8 Speedy Trial Act due to ongoing preparation of counsel.
9 DATED: April 21, 2006

                                        /s/ Lawrence K. Karlton
                                        HONORABLE LAWRENCE K. KARLTON
                                        Chief Judge Emeritus