DANIEL BRODERICK, Bar #89424
Acting Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STANLEY GORDON RAMSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-079 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOLLOWING HEARING |
| v. | ) | |
| | ) | |
| STANLEY GORDON RAMSEY, | ) | |
| | ) | |
| | ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) | |
| | ) | |

This matter came before the Court for Status Conference on April 25, 2006 in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge.  The government was represented by its counsel, Assistant United States Attorney Jason Hitt.  Defendant Stanley Gordon Ramsey was present, represented by Chief Assistant Federal Defender Linda Harter.

Defense counsel requested additional time to obtain outstanding discovery and the matter be set for status conference on May 16, 2006 @ 9:30a.m.

The parties agreed on the need for additional time to allow time

1 defense preparation.

2     IT IS ORDERED that this matter be continued to May 16, 2006 at
3 9:30 a.m. for a Status Conference.

4     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)
5 (iv) and Local Code T4, the period from April 25, 2006 to and including
6 May 16, 2006 is excluded from the time computations required by the
7 Speedy Trial Act due to ongoing preparation of counsel.
8 DATED: May 1, 2006

                                        /s/ Lawrence K. Karlton
                                        HONORABLE LAWRENCE K. KARLTON
                                        Senior Judge, U.S. District Court