McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STANLEY GORDON RAMSEY, ) <br> ) <br> Defendant. ) <br> _____) | Case No. CR. S-06-0079 LKK <br><br> ORDER FOLLOWING HEARING |

This matter came before the Court for a status conference on May 16, 2006. The United States was represented by Assistant U.S. Attorney Jason Hitt and the defendant Stanley Gordon RAMSEY was represented by his attorney, Assistant Federal Defender Linda Harter, Esq.

The parties indicated that they were awaiting fingerprint result from the Sacramento County Crime Lab and that additional time was required for further negotiations and defense preparation. The parties asked that the matter be continued to June 13, 2006, for a further status conference and that the time from May 16, 2006, through June 13, 2006, be excluded under the Speedy Trial Act.

/ / /

1    Based upon the representations by counsel at the hearing and
2 the agreement of the parties, the Court set a further status
3 conference for June 13, 2006, at 9:30 a.m. and excluded time under
4 those provisions of the Speedy Trial Act relating to reasonable time
5 to prepare.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.  The
6 court directed government counsel to prepare a formal order.
7    Therefore, **IT IS HEREBY ORDERED** that:
8    1.   A further status conference is set for June 13, 2006, at
9 9:30 a.m.
10   2.   Based upon the above representations and agreement of the
11 parties, the Court finds that the ends of justice outweigh the best
12 interest of the public and the defendant in a speedy trial.
13 Accordingly, time under the Speedy Trial Act shall be excluded
14 through June 13, 2006.

16   IT IS SO ORDERED.
17 Date: June 8, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT