```
 1  DANIEL BRODERICK, Bar #89424
    Acting Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    STANLEY GORDON RAMSEY
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,    )  No. CR-S-06-079 LKK
                                 )
13              Plaintiff,       )
                                 )  ORDER FOLLOWING HEARING
14       v.                      )
                                 )
15  STANLEY GORDON RAMSEY,       )
                                 )
16                               )  Judge: Hon. Lawrence K. Karlton
                Defendant.       )
17  _____ )

18

19       This matter came before the Court for Status Conference on

20  June 13, 2006 in the courtroom of the Honorable Lawrence K. Karlton,

21  U.S. District Court Judge.  The government was represented by its

22  counsel, Assistant United States Attorney Jason Hitt.  Defendant

23  Stanley Gordon Ramsey was present, represented by Chief Assistant

24  Federal Defender Linda Harter.

25       Defense counsel requested additional time to obtain fingerprint

26  results and the matter be set for further status conference on July 11,

27  2006 at 9:30 a.m.

28       The parties agreed on the need for additional time to allow time
```

1  defense preparation.

2      IT IS ORDERED that this matter be continued to July 11, 2006 at
3  9:30 a.m. for a Status Conference.

4      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)
5  (iv) and Local Code T4, the period from June 13, 2006 to and including
6  July 11, 2006 is excluded from the time computations required by the
7  Speedy Trial Act due to ongoing preparation of counsel.
8  DATED: June 15, 2006

                                    _____
10                                   LAWRENCE K. KARLTON
                                     SENIOR JUDGE
11                                   UNITED STATES DISTRICT COURT