```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-06-0079 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | RESETTING TRIAL DATE |
| v. ) | |
| ) | |
| STANLEY GORDON RAMSEY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Stanley Gordon RAMSEY, by and through his counsel, Linda Harter, Esq., stipulate and agree that the trial date of August 29, 2006, at 10:30 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 | should be vacated.  The parties further request a new trial date be
2 | set for September 12, 2006, at 10:30 a.m.

```
                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


DATED:   August 23, 2006      By:   /s/Jason Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney

DATED:   August 23, 2006      By:   /s/Jason Hitt
                                    Authorized to sign for Ms. Harter
                                    on 8-23-06
                                    Linda Harter, Esq.
                                    Attorney for RAMSEY
```

2

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The trial date of August 29, 2006, at 10:30 a.m. is hereby VACATED.

2. The Court orders a new trial date be set for September 12, 2006, at 10:30 a.m.

DATED: August 23, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT