McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-S-06-0079 LKK |
| Plaintiff, | STIPULATION AND ORDER REGARDING EXCLUDABLE TIME |
| v. | |
| STANLEY GORDON RAMSEY, | |
| Defendant. | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Stanley Gordon RAMSEY, by and through his counsel, Linda Harter, Esq., stipulate and agree that the period from August 29, 2006, up to and including the new trial date of September 12, 2006, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act, based upon the need for defense counsel to consider and review additional discovery and information related to an expert witness disclosure recently produced by the government. Such discovery and information directly impacts the evidence to be

/ / /

/ / /

/ / /

1

1 presented at trial by both sides in this case.  As a result, defense
2 counsel and the government agree additional time is required for the
3 defense to effectively prepare for the trial and prepare his defense
4 in this case and, in addition, in the interests of justice under 18
5 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: August 24, 2006      By: /s/Jason Hitt
                                JASON HITT
                                Assistant U.S. Attorney

DATED: August 24, 2006      By: /s/Jason Hitt
                                Authorized to sign for Ms. Harter
                                on 8-24-06
                                Linda Harter, Esq.
                                Attorney for RAMSEY

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from August 29, 2006, up to and including September 12, 2006.

DATED: August 24 ,2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT