FILED
June 26, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:06-CR-079 LKK
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
STANLEY GORDON RAMSEY, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release STANLEY GORDON RAMSEY, Case No. 2:06-CR-079, Charge 18:3606 Probation Violation, from custody.

\_\_   Release on Personal Recognizance

\_\_   Bail Posted in the Sum of $\_\_

   \_\_   Unsecured Appearance Bond

   \_\_   Appearance Bond with 10% Deposit

   \_\_   Appearance Bond with Surety

   \_\_   Corporate Surety Bail Bond

   ✔   (Other)   Time Served.

Issued at Sacramento, CA on June 26, 2012 at 12:06 pm.

By /s/ Lawrence K. Karlton
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal