JOSEPH SCHLESINGER, #87692
Acting Federal Defender
COURTNEY FEIN, CA Bar #244785
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STANLEY GORDON RAMSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 06-079 LKK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | PETITION REQUESTING DISCLOSURE OF U.S. PROBATION RECORDS; ORDER |
| STANLEY GORDON RAMSEY, | ) | |
| Defendant. | ) | Date: 2/26/13 |
| | ) | Time: 9:15 a.m. |
| | ) | Judge: Hon. Lawrence K. Karlton |

Mr. Ramsey is scheduled to appear before the court for admit/deny hearing on the petition to revoke his supervised release on February 26, 2013 before this court.

Pursuant to Local Rule 461 of the Eastern District of California, Mr. Ramsey hereby requests that the Court order the United States Probation Office for the Eastern District of California to disclose a copy of Mr. Ramsey's substance abuse treatment records from Clean & Sober Living, The Effort Residential Treatment Center, Madison House, A-House and any other treatment or sober living facilities at which Mr. Ramsey has been a patient or participant.

Local Rule 461 authorizes the Court to order the release of otherwise-confidential probation records upon a showing by any party of "the need for specific records."

Defense counsel's need for these specific records is due to the fact that they will assist in determining the quality of Mr. Ramsey's performance while in treatment and the severity of his treatment needs. Mr. Ramsey's performance on supervision and his attendance at treatment and testing appointments is directly relevant to the contents of the petition filed February 8, 2013.

Ms. Ramsey is alleged to have violated supervision in one important respect: that he failed to participate in drug testing and tested positive for controlled substances. Information in the form of Ms. Ramsey's previous history of drug abuse and treatment if any, his mental health history and diagnoses if any and his history and characteristics is in the possession of the United States Probation Office in the form of the substance abuse treatment records being requested. Defense counsel must be allowed to examine these records in full and obtain copies of them in order to effectively represent Mr. Ramsey at any future hearings regarding the petition.

A proposed order is attached for the Court's review. Defense counsel does not necessarily require a hard copy of the records; counsel would be grateful for an electronic copy.

Dated: February 22, 2013

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

/s/ Courtney Fein

_____
COURTNEY FEIN
Assistant Federal Defender
Attorney for Defendant
STANLEY GORDON RAMSEY

**O R D E R**

**Good cause having been shown,** the United States Probation Office for the Eastern District of California is hereby ordered to provide the above-requested substance abuse treatment and testing records from any and all facilities where the defendant, Stanley Gordon Ramsey, attended urine testing appointments or received treatment, in writing or electronically.

IT IS SO ORDERED.

Dated:    February 26, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT